# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED,<br><br>Defendants. | C.A. No. 24-815-JLH |

## STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE

WHEREAS, Plaintiff Vanda Pharmaceuticals ("Vanda") and Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited (together, "MSN"), (collectively "the Parties") have conferred regarding the case schedule;

WHEREAS, in order to allow more time to complete fact and expert discovery while maintaining the trial date, the Parties have agreed to forgo pretrial *Daubert* motions; and

WHEREAS, the Parties agree that any challenges to the sufficiency of expert testimony that would otherwise be the subject of a *Daubert* motion can be addressed at trial and in post-trial briefing;

IT IS HEREBY STIPULATED, by the Parties, subject to the approval of the Court, that:

1. The deadlines in this case shall be revised as follows:

| Event | Deadline | Extend Deadline |
|---|---|---|
| Close of Fact Discovery | 1/23/2026 | 3/27/2026 |
| Final Infringement Contentions (all patents) | 2/6/2026 | 4/10/2026 |
| Final Invalidity Contentions (all patents) | 2/13/2026 | 4/10/2026 |
| Opening Expert Reports | 2/27/2026 | 4/17/2026 |
| Rebuttal Expert Reports | 4/10/2026 | 5/21/2026 |
| Reply Expert Reports | 5/8/2026 | 6/19/2026 |

| Event | Deadline | Extend Deadline |
|---|---|---|
| Close of Expert Discovery | 6/25/2026 | 7/15/2026 |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No Change |
| Final Pretrial Conference | 9/4/2026 at 10:00 am | No Change |
| Bench Trial | 9/14/2026 | No Change |
| Post-trial Briefing | TBD in Pretrial Order | No Change |
| Thirty Month Stay Deadline | 12/3/2026 | No Change |

2. The parties may raise any challenges to the sufficiency of expert testimony during the bench trial or in post-trial briefing, rather than in pretrial *Daubert* motions.

Dated: January 30, 2026

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

COZEN O'CONNOR

/s/ Kaan Ekiner
Kaan Ekiner (#5607)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants*

IT IS SO ORDERED, this ___ day of _____, 2026.

_____
United States District Judge